# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## Case No. 14-1208

### DIGITAL CBT LLC

**Plaintiff-Appellant,**

v.

### AT&T SERVICES, INC.

**Defendant-Appellee.**

## UNOPPOSED MOTION FOR STAY OF APPEAL PENDING ENTRY OF FINAL JUDGMENT

Plaintiff-Appellant, Digital CBT, LLC, respectfully moves and requests—without opposition—that this appeal (including the cross-appeal of AT&T Services, Inc.) be stayed pending entry of a final judgment by the United States District Court for the Central District of California in Case No. 2:12-cv-06421-CJC-JPR (the "Underlying Case"). The grounds for this motion are as follows:

On December 3, 2013, the District Court issued an Order (1) granting AT&T's motion for partial summary judgment of non-infringement as to all claims of the asserted '173 Patent and denying Digital CBT's cross-motion for summary judgment of infringement; and (2) holding that to the extent AT&T's counterclaim seeks a declaration of invalidity and unenforceability of the '173 Patent, it is moot.

On December 31, 2013, Digital CBT filed a precautionary notice of appeal of the December 3, 2013 Order. On January 14, 2014, AT&T filed a precautionary notice of cross-appeal of the December 3, 2013 Order.

Although they have filed precautionary notices of appeal, the parties believe that there is not yet a final judgment in the Underlying Case, because the December 3, 2013 Order did not resolve multiple counterclaims and affirmative defenses. The District Court did not make an order in accordance with Federal Rule of Civil Procedure 54(b) ("the court may direct entry of a final judgment as to one or more, but fewer than all, claims . . . only if the court expressly determines that there is no just reason for delay."). (In addition, the District Court did not

make a judgment in a "separate document" from its summary judgment order, as required by Federal Rule of Civil Procedure 58(a).)

On March 7, 2014, Digital CBT and AT&T submitted to the District Court a Stipulation for Entry of Final Judgment (Exhibit A) and a proposed Stipulated Final Judgment (Exhibit B) adjudicating all of the parties, claims, counterclaims, and affirmative defenses. Entry of the Stipulated Judgment by the District Court will result in a final judgment positioning this case for appeal.

Staying Digital CBT's present appeal and AT&T's present cross-appeal will promote judicial efficiency and avoid burdening this Court and the parties with redundant or futile proceedings conducted prior to entry of a final judgment.

The undersigned counsel for Digital CBT has discussed this motion with counsel for the other party to this appeal, Defendant-Appellee-Cross-Appellant AT&T Services, Inc., and has shown AT&T's counsel drafts of this motion. AT&T's counsel have confirmed that they do not oppose this motion and will not be filing a response to it.

///

///

For the foregoing reasons, Digital CBT respectfully requests that this Court order that Digital CBT's appeal and AT&T's cross-appeal be stayed pending entry of the stipulated final judgment or any other final judgment by the District Court.

Dated: March 7, 2014                    Respectfully submitted,

/S/William J. O'Brien
_____
William J. O'Brien
One LLP
9301 Wilshire Boulevard
Beverly Hills, CA 90210
Tel. (310) 866-5158
Fax (310) 943-2085

wobrien@onellp.com
*Attorneys for Plaintiff-Appellant*
*Digital CBT LLC*

# EXHIBIT A

Peter R. Afrasiabi (Bar No. 19336)
pafrasiabi@onellp.com
Nathaniel L. Dilger (Bar No. 196203)
ndilger@onellp.com
William J. O'Brien (Bar No. 99526)
wobrien@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
East Tower, Suite 500
Newport Beach, California 92660
Telephone: (949) 502-2860
Facsimile: (949) 258-5081

Attorneys for Plaintiff and Counter-Defendant,
Digital CBT LLC

Timothy S. Durst *(admitted pro hac vice)*
Samir A. Bhavsar *(admitted pro hac vice)*
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 800
Dallas, TX  75201-2980
Telephone: 214.953.6500
Facsimile:  214.953.6600

Attorneys for Defendant and Counterclaimant
AT&T SERVICES, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| DIGITAL CBT LLC,<br><br>             Plaintiff,<br><br>    vs.<br><br>AT&T SERVICES, INC., et al.<br><br>             Defendant. | Case No.: 2:12-cv-06421-CJC-JPR<br>**STIPULATION FOR ENTRY OF FINAL JUDGMENT**<br><br>The Honorable Cormac J. Carney<br>United States District Court Judge |

Plaintiff Digital CBT, LLC ("Digital CBT") and Defendant AT&T Services, Inc. ("AT&T") ("collectively, the "Parties"), by and through their undersigned counsel of record, jointly stipulate and request entry of judgment as follows:

WHEREAS on July 26, 2012, Digital CBT filed a Complaint against Defendant AT&T Services, Inc. and Does 1-10 alleging infringement of U.S. Patent No. 5,805,173 (the "'173 Patent"). *See* [D.I. 1].

WHEREAS, on September 12, 2012, AT&T filed an Answer asserting Affirmative Defenses including noninfringement and invalidity and Counterclaims seeking: (1) declaratory judgment of non-infringement of the '173 Patent; and (2) declaratory judgment of invalidity and/or unenforceability of the '173 Patent. *See* [D.I. 12].

WHEREAS on May 13, 2013, AT&T filed a Motion for Summary Judgment of Invalidity of Claims 1, 10, 11, and 29 of the '173 Patent. *See* [D.I. 23].

WHEREAS on October 14, 2013, AT&T filed a Motion for Claim Construction and Partial Summary Judgment of (1) non-infringement of all claims of the '173 Patent and (2) invalidity of Claims 1, 10, 11, and 29 of the '173 Patent. *See* [D.I. 55].

WHEREAS, on October 14, 2013, Digital CBT filed a Motion for Summary Judgment of Infringement of Claims 1 through 11, 14, 15, 22, 26, 29, 30, 32, and 34 of the '173 Patent. *See* [D.I. 58].

WHEREAS on December 3, 2013, the Court issued an Order (1) granting AT&T's motion for partial summary judgment of non-infringement as to all claims of the '173 Patent and denying Digital CBT's cross-motion for summary judgment of infringement; and (2) holding that to the extent AT&T's counterclaim seeks a declaration of invalidity and unenforceability of the '173 Patent, it is moot. *See* [D.I. 139].

WHEREAS on December 31, 2013, Digital CBT filed a precautionary notice of appeal of the December 3, 2013 Order.

WHEREAS on January 14, 2014, AT&T filed a precautionary notice of cross-appeal of the December 3, 2013 Order.

WHEREAS, despite the filing of precautionary notices of appeal, the parties believe that a final judgment has not yet been entered in this case, because there has been not yet been any judgment on multiple counterclaims and affirmative defenses asserted by AT&T.

WHEREAS, the parties submit this stipulation in an attempt to position this case for appeal, promote judicial efficiency, and avoid redundant or futile proceedings.

WHEREAS, the parties agree that neither this stipulation nor judgment on this stipulation waive or prejudice any rights of Digital CBT or AT&T to challenge the December 3, 2013 Order on appeal or to appeal this judgment on any ground relating to that Order.

THEREFORE, to facilitate an immediate appeal and conserve the resources of the Court and the Parties, the Parties, by and through their respective counsel hereby STIPULATE TO ENTRY OF FINAL JUDGMENT as follows:

1. The Court's December 3, 2013 Order resolves all claims asserted by Digital CBT against AT&T in this Action. Based on that Order, the Parties agree to entry of final judgment of non-infringement of each and every claim of the '173 Patent in favor of AT&T. *See* [D.I. 139].

2. Based on the Court's December 3, 2013 Order, the Parties agree to the dismissal without prejudice of any counterclaims and affirmative defenses asserted by AT&T as to which the Court has not granted summary judgment. In the event Digital CBT's appeal results in a reversal of this Court's decision with respect to noninfringement, these affirmative defenses and counterclaims shall be reinstated.

3. The Parties agree that the Court maintains jurisdiction to hear any motion or application brought by AT&T as the "prevailing party" in this Action for costs and/or attorneys' fees pursuant to Local Rules 54-1, *et seq.* and any other applicable statute or rule.

4. The Parties agree that, by entering into this stipulation, neither waives nor otherwise forfeits any arguments that may otherwise be raised on appeal, cross-appeal, and/or remand from any such appeal or cross-appeal, including, without limitation, any rights to challenge the December 3, 2013 Order on appeal or to appeal from the stipulated judgment on any ground relating to that Order.

For the above-stated reasons and based on the above-stated stipulation, the Parties request that the Court enter Final Judgment in the form lodged with this stipulation.

Dated: March 7, 2014                Respectfully submitted,

                                    ONE LLP

                                    */s/ William J. O'Brien*_____
                                    William J. O'Brien
                                    Attorneys for Plaintiff and Counter-
                                    Defendant, DIGITAL CBT LLC

Dated: March 7, 2014                Respectfully submitted,

                                    BAKER BOTTS L.L.P.

                                    */s/ Timothy S. Durst*_____
                                    Timothy S. Durst
                                    Attorney for Defendant and
                                    Counterclaimant, AT&T SERVICES, INC.

# EXHIBIT B

| | |
|---|---|
| 1 | Peter R. Afrasiabi (Bar No. 19336) |
| | pafrasiabi@onellp.com |
| 2 | Nathaniel L. Dilger (Bar No. 196203) |
| | ndilger@onellp.com |
| 3 | William J. O'Brien (Bar No. 99526) |
| | wobrien@onellp.com |
| 4 | **ONE LLP** |
| | 4000 MacArthur Blvd. |
| 5 | East Tower, Suite 500 |
| | Newport Beach, California 92660 |
| 6 | Telephone: (949) 502-2860 |
| | Facsimile: (949) 258-5081 |
| 7 | |
| | Attorneys for Plaintiff and Counter-Defendant, |
| 8 | Digital CBT LLC |
| 9 | Timothy S. Durst *(admitted pro hac vice)* |
| | Samir A. Bhavsar *(admitted pro hac vice)* |
| 10 | **BAKER BOTTS L.L.P.** |
| | 2001 Ross Avenue, Suite 800 |
| 11 | Dallas, TX 75201-2980 |
| | Telephone: 214.953.6500 |
| 12 | Facsimile: 214.953.6600 |
| 13 | Attorneys for Defendant and Counterclaimant |
| | AT&T SERVICES, INC. |
| 14 | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| DIGITAL CBT LLC, | Case No.: 2:12-cv-06421-CJC-JPR |
| Plaintiff, | **[PROPOSED] STIPULATED FINAL JUDGMENT** |
| vs. | |
| AT&T SERVICES, INC., et al. | The Honorable Cormac J. Carney |
| Defendant. | United States District Court Judge |

[PROPOSED] STIPULATED FINAL JUDGMENT (2:12-CV-06421-CJC-JPR)

Pursuant to the Court's December 3, 2013 Order Granting Defendant's Motion for Partial Summary Judgment and Denying Plaintiff's Motion for Summary Judgment (the "Order") and the Stipulation for Entry of Final Judgment (the "Stipulation") between Plaintiff and Counter-Defendant, Digital CBT LLC ("Digital CBT"), and Defendant and Counterclaimant, AT&T Services, Inc. ("AT&T"), the Court directs entry of final judgment as follows:

1. The Court grants final judgment of non-infringement of each and every claim of U.S. Patent No. 5,805.173 in favor of AT&T.

2. The Court dismisses without prejudice any counterclaims and affirmative defenses raised by AT&T as to which the Court has not granted summary judgment. These claims and defenses shall be reinstated in the event that an appeal of this judgment results in a reversal of this Court's decision with respect to noninfringement.

3. This is a final judgment that resolves all claims between all parties.

4. This judgment and the Stipulation are without any waiver of, or prejudice to, Digital CBT or AT&T's rights to challenge the Order on appeal and to appeal this judgment on any ground relating to the Order.

5. The Court retains jurisdiction to hear any motion or application for costs and/or attorneys' fees pursuant to Local Rules 54-1, *et seq*. and any other applicable statute or rule.

IT IS SO ORDERED.

Dated: _____

UNITED STATE DISTRICT JUDGE
CORMAC J. CARNEY